# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 20 WM 2016 |
|---|---|---|
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| SANTOS TORRES-OLAN, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2016, the Petition for Assumption of Jurisdiction and Consolidation by the Supreme Court is **DENIED**.